■ The People of the State of New York, Respondent, v Ronald Johnson, Appellant. [49 NYS3d 899]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 1, 2002 (*People v Johnson*, 296 AD2d 422 [2002]), affirming a judgment of the County Court, Westchester County, rendered May 21, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Roman, Hinds-Radix and Barros, JJ., concur.

■ The People of the State of New York, Respondent, v Aman Kapoor, Appellant. [49 NYS3d 918]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cacace, J.), rendered December 1, 2015, convicting him of attempted criminal sexual act in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Counsel has informed this Court that the defendant has not authorized counsel to raise any issue that would allow him to withdraw his plea. Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *People v Rhodes*, 128 AD3d 1100 [2015]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Austin, Roman, Hinds-Radix and Connolly, JJ., concur.